Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
nthomas@joneswaldo.com
ebutler@joneswaldo.com

*Attorneys for Third-Party Defendant Nozomi Technology, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SU-RAJ DIAMONDS & JEWELRY USA, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVATEK, INC., a Utah corporation,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>vs.<br><br>WINSOME DIAMONDS AND JEWELLERY LTD., an Indian public limited company, ASHOK BHANSALI, NOZOMI TECHNOLOGY, INC., a New York corporation, and JOHN DOES 1 THROUGH 25,<br><br>Third-Party Defendants. | **JOINT AND STIPULATED MOTION TO DISMISS THIRD-PARTY COMPLAINT AGAINST NOZOMI TECHNOLOGY, INC. WITH PREJUDICE**<br><br>Case No.:  2:13-CV-01047-CW<br><br>The Honorable Clark Waddoups |

Third-Party Defendant Nozomi Technology, Inc. ("Nozomi") and Third-Party Plaintiff Novatek, Inc. ("Novatek") by and through their undersigned counsel of record, hereby inform the court that they have resolved the pending dispute between them through settlement and, now,

1180516.1

stipulate and jointly move the court to dismiss the Third Party Complaint [Docket No. 10] (the "Third Party Complaint") filed by Novatek with prejudice as to Nozomi, with each party to bear their own costs and attorney fees. This matter having been resolved as between Novatek and Nozomi, no further action on the Third Party Complaint is necessary as between those parties. A proposed Order granting this Motion is attached as Exhibit A and separately submitted to the Court.

DATED this 16th day of December, 2014.

JONES WALDO HOLBROOK & McDONOUGH PC

*/s/ Nathan D. Thomas*
Nathan D. Thomas
Elizabeth M. Butler
Attorneys for Third-Party Defendant Nozomi

DATED this 16th day of December, 2014.

NOVATEK, INC.

*/s/ Philip W. Townsend, III*
Philip W. Townsend, III
*(signed w/permission)*
Attorneys for Third-Party Plaintiff Novatek, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2014, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

David L. Mortensen
dlmortensen@stoel.com
Monica S. Call
mscall@stoel.com
STOEL RIVES
201 S Main Street, Suite 1100
Salt Lake City, Utah 84111-4904

*Attorneys for Plaintiff Sparkle Diamonds and Jewelry, USA*

Philip W. Townsend, III
ptownsend@novatek.com
2185 S Larsen Parkway
Provo, Utah 84606

*Attorney for Defendant Novatek*

                                                            /s/ Nathan D. Thomas

3